UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OLIVER MONTGOMERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: ) |
| SHERMETA, ADAMS & VON ALLMEN, P.C., | ) ) ) ) |
| Defendant. | ) ) ) |

**COMPLAINT AND JURY DEMAND**

Plaintiff, OLIVER MONTGOMERY (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, SHERMETA, ADAMS & VON ALLMEN, P.C. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of Plaintiff's Complaint is based on the Michigan Occupational Code, *Mich. Comp. Law 339.901 et seq.* (MOC).

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Michigan, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Niles, Berrien County, Michigan.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and *Mich. Comp. Law § 339.901(f)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Mich. Comp. Law § 339.901(a)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Mich. Comp. Law § 339.901(b)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency law firm with a business office in Rochester Hills, Michigan.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Capital One Bank (USA), N.A., with an account number ending in 4080 (Defendant's File Number 559340).

12. Plaintiff's alleged debt owed to Capital One Bank (USA), N.A. arises from transactions for personal, family, and household purposes.

13. On April 29, 2009, Plaintiff's counsel faxed a cease and desist and a notice of representation letter to Defendant (Plaintiff's counsel's letter to Defendant and fax confirmation are attached as Group Exhibit A).

14. Despite receiving Plaintiff's counsel's letter (Exhibit A), Defendant communicated with Plaintiff after April 29, 2009, in an attempt to collect a debt (Defendant's letter to Plaintiff dated December 14, 2010, is attached as Exhibit B).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(2)* of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

    b. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

WHEREFORE, Plaintiff, OLIVER MONTGOMERY, respectfully requests judgment be entered against Defendant, SHERMETA, ADAMS & VON ALLMEN, P.C., for the following:

16. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*, and

18. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE MICHIGAN OCCUPATIONAL CODE

19. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

20. Defendant willfully violated the MOC based on the following:

    a. Defendant violated *§339.915(h)* of the MOC by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

WHEREFORE, Plaintiff, OLIVER MONTGOMERY, respectfully requests judgment be entered against Defendant, SHERMETA, ADAMS & VON ALLMEN, P.C., for the following:

21. Statutory damages of $150.00 pursuant to the Michigan Occupational Code, *Mich. Comp. Law § 339.916(2)*,

22. Costs and reasonable attorneys' fees pursuant to the Michigan Occupational Code, *Mich. Comp. Law § 339.916(2)*, and

23. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, OLIVER MONTGOMERY, demands a jury trial in this case.

DATED: February 21, 2011	RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss

Michael S. Agruss
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF MICHIGAN

    Plaintiff, OLIVER MONTGOMERY, states the following:

1. I am the Plaintiff in this civil proceeding
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint
5. I have filed this Complaint in good faith and solely for the purposes set forth in it
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations

    Pursuant to 28 U S C. § 1746(2), I, OLIVER MONTGOMERY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct

1-29-2011　　　　　　　　　　　　　　　　　　　*Oliver Montgomery*
Date　　　　　　　　　　　　　　　　　　　　　OLIVER MONTGOMERY

# **EXHIBIT A**

*Debt Counsel for Seniors & the Disabled*

# DCSD

29 April 2009

**BY FAX ONLY: 248-652-1292**
Page 1 of 3

Shermeta, Adams & Von Allmen, P.C.
445 South Livernois, Suite 333
Rochester Hills MI 48308-5016

Re: **Oliver & Alice Montgomery**
    **Alleged creditor: Capital One Bank**
    **Your file or reference No.: 559340/001**
    **Our file No.: 10819**

Dear Sir or Madam:

Please be advised that my law firm represents the above-referenced client for the purpose of enforcing their rights against debt collectors under all applicable federal laws.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests validation of it in accordance with **15 U.S.C. § 1692g**. Please provide any agreement(s) our client signed with the original creditor, an accounting history showing how you got to the amounts claimed and when this alleged debt was charged off. Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through credit reporting or any other means. Moreover, all changes in terms of this alleged debt are hereby objected to and rejected. Please be advised that the continuation of collection activity without adequately responding to these requests may result in a lawsuit against you.

As the client's attorney, I also respectfully inform you that you must **cease** contacting them according to **§§ 1692c(a)(2) AND 1692c(c)** of the **Fair Debt Collection Practices Act**, since this letter not only serves as notice of our representation of this client but also contains a cease and desist order signed and notarized by the alleged debtor. If and when you violate these statutes, I will not hesitate to pursue all legal remedies on behalf of my client in the United States District Court.

Finally, please be advised that this client is insolvent and cannot afford to file for bankruptcy. They exist exclusively on income from **non-garnishable sources; e.g., social security, disability, veteran's or retirement benefits**. I have also enclosed my client's **affidavit** swearing to this fact. As you should know, this income is protected from execution, levy, attachment, garnishment and other legal process by federal law. The attachment or attempted attachment of these benefits is considered a violation of **§ 1692(f)** of the **Fair Debt Collection Practices Act**, so please govern your actions accordingly.

Very truly yours,

*Jerome Lamet*

Jerome S. Lamet, Supervising Attorney
Debt Counsel for the Seniors and the Disabled
Cc: Oliver & Alice Montgomery

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-2741

```
TRANSMISSION VERIFICATION REPORT

                                    TIME    : 04/29/2009 08:36
                                    NAME    : JEROME LAMET LTD
                                    FAX     : 13123563199
                                    TEL.    : 13129392221
                                    SER.# : BROD8J797996


DATE,TIME               04/29 08:35
FAX NO./NAME            12486521292
DURATION                00:00:46
PAGE(S)                 03
RESULT                  OK
MODE                    STANDARD
                        ECM
```

## Debt Counsel for Seniors & the Disabled

## DCSD

29 April 2009

BY FAX ONLY: 248-652-1292
Page 1 of 3

Shermeta, Adams & Von Allmen, P.C.
445 South Livernois, Suite 333
Rochester Hills MI 48308-5016

**Re:**  **Oliver & Alice Montgomery**
**Alleged creditor: Capital One Bank**
**Your file or reference No.: 559340/001**
**Our file No.: 10819**

Dear Sir or Madam:

Please be advised that my law firm represents the above-referenced client for the purpose of enforcing their rights against debt collectors under all applicable federal laws.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests validation of it in accordance with **15 U.S.C. § 1692g**. Please provide any agreement(s) our client signed with the original creditor, an accounting history showing how you got to the amounts claimed and when this alleged debt was charged off. Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through credit reporting or any other means. Moreover, all changes in terms of this alleged debt are hereby objected to and rejected. Please be advised that the continuation of collection activity without adequately responding to these requests may result in a lawsuit against you.

As the client's attorney, I also respectfully inform you that you must **cease** contacting them according to **§§ 1692c(a)(2) AND 1692c(c)** of the **Fair Debt Collection Practices Act**, since this letter not only serves as notice of our representation of this client but also contains a cease and desist order signed and notarized by the alleged debtor. If and when you violate these statutes, I will not hesitate to pursue all legal remedies on behalf of my client in the United States District Court.

Finally, please be advised that this client is insolvent and cannot afford to file for bankruptcy. They exist

# **EXHIBIT B**

SHERMETA, ADAMS & VON ALLMEN, P.C.

ATTORNEYS AND COUNSELORS AT LAW
P.O. Box 5016
Rochester Hills, MI 48308-5016
(800) 451-7992
FAX (248) 519-1701

DECEMBER 14, 2010

OLIVER J MONTGOMERY
2330 E MAIN ST LOT 14
NILES, MI  49120

RE:  CAPITAL ONE BANK (USA), N.A.

Account Number:      ************4080
Our file Number:  559340

Dear OLIVER J MONTGOMERY:

We have recently reviewed your account on behalf of our client, CAPITAL ONE BANK (USA), N.A.. As of today's date, the balance on this account is $1,569.87.

Please contact the Recovery Department at 1-800-451-7992 to discuss payment arrangements.

Sincerely,
SHERMETA, ADAMS & VON ALLMEN, P.C.

RECOVERY DEPARTMENT

BN/559340-001
JMC

NOTICE:  THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.